IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JOHN HARVEY MILLER, ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. 6:95cv982 |
| RAINS COUNTY, ET AL. | § | |

## MEDIATION REPORT

A mediation conference was held on March 9, 2001.

All required parties to the mediation were present or represented.

The mediation resulted in a SETTLEMENT.

Upon finalization of the settlement, the parties will file a joint motion to dismiss.

**SIGNED** this _7th_ day of March, 2001.

JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE

